_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
February 02, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

FRANK QUIROZ, JR.,

                Debtor(s).

FRANK QUIROZ, JR.,

                Plaintiff(s),

    v.

U.S. DEPARTMENT OF EDUCATION,

                Defendant(s).

Case No.: 17-51235-gs

Chapter 7

Adv. Proc. No. 18-05005-gs

## NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING

On December 6, 2018, the parties filed a Stipulation to Vacate Pretrial Conference (Adv. ECF No. 12) (Stipulation), stating that the matter had been consensually resolved.  Further, the Stipulation stated that the parties would be filing a stipulated judgment to resolve the adversary proceeding.

//

1

On August 20, 2021, this matter was transferred to the undersigned.  The court has reviewed the main case docket and the adversary proceeding docket, and it appears that no stipulated judgment or other pleading resolving this matter has been filed.  Accordingly,

IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN that the above-entitled adversary proceeding will be dismissed, without further notice, unless an interested party files a written objection within fourteen (14) days of the date of this order. Such dismissal shall be without prejudice, each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #

2